THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS 
PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State, Respondent,
v.
Bennie Wilson Kelly, Appellant.
 
 
 

Appeal From Spartanburg County
 J. Mark Hayes, II, Circuit Court Judge

Unpublished Opinion No. 2006-UP-005   
Submitted January 3, 2006  Filed January 4, 2006 

APPEAL DISMISSED

 
 
 
Acting Chief Attorney Joseph L. Savitz, III, Office of Appellate Defense, of Columbia, for Appellant.
Attorney General Henry Dargan McMaster, Chief Deputy Attorney General John W. McIntosh, Assistant Deputy Attorney General, Salley W. Elliot, all of Columbia; and Solicitor Harold W. Gowdy, III, of Spartanburg, for Respondent.  
 
 
 

PER CURIAM:  Bennie Wilson Kelly appeals his guilty plea for car jacking with a sentence of ten years, financial transaction card theft with a sentence of three years, and financial transaction car fraud with a sentence of one year, all sentences to run concurrent.  Kelly argues the plea court erred in accepting his plea when Kelly stated that during the commission of the crimes he thought someone was pointing a gun at him, thus raising the defenses of necessity or insanity.  After a thorough review of the record and counsels brief pursuant to Anders v. California, 386 U.S. 738 (1967) and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss Kellys appeal and grant counsels motion to be relieved. 
APPEAL DISMISSED.[1]
GOOLSBY, ANDERSON, and SHORT, JJ., concur.

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.